

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2025

No. 04-25-00681-CV

**IN RE** Gervai **MAEWEATHERS**

Original Proceeding[1]

### ORDER

Sitting:     Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

On October 23, 2025, relator filed a petition for writ of mandamus and motion for expedited consideration. After considering the petition, motion, and record provided, this court concludes that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. The motion for expedited consideration is **DENIED AS MOOT.**

It is so **ORDERED** on November 5, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 20-00891-CV-A, styled *In the Interest of N.A.M., a child*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Jessica Crawford presiding.